JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIELU L.,[1]<br><br>     Plaintiff,<br>   v.<br><br>LELAND C. DUDEK,[2]<br>Acting Commissioner of the Social Security Administration,<br><br>     Defendant. | Case No. 8:23-cv-02205-HDV-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

\\

\\

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Acting Commissioner Leland C. Dudek as the Defendant in this action pursuant to Federal Rules of Civil Procedure 25(d).

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Report.

DATED: 5/7/25

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE