UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tanielu L., | Case No.:  8:23-cv-2205-HDV-AJR |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| Frank Bisignano, Commissioner of Social Security, | |
| Defendant. | |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $7,500.00 subject to the terms of the Stipulation.

   **IT IS SO ORDERED**.

DATED: 8/06/2025 _____

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

1